Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,
*Plaintiff*

v.

329620855 store, *et al.*,
*Defendants*

CIVIL ACTION No.
19-cv-5029 (ALC)

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Harovi flagship store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: October 14, 2019                                   Respectfully submitted,

                                                          EPSTEIN DRANGEL LLP

                                                    BY:  _____
                                                          Brieanne Scully (BS 3711)
                                                          bscully@ipcounselors.com
                                                          EPSTEIN DRANGEL LLP
                                                          60 East 42nd Street, Suite 2520
                                                          New York, NY 10165
                                                          Telephone:    (212) 292-5390
                                                          Facsimile:    (212) 292-5391
                                                          *Attorneys for Plaintiff*
                                                          *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on October 16, 2019

_____
Judge Andrew L. Carter
United States District Judge