USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/09/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**ALLSTAR MARKETING GROUP, LLC.,**

       **Plaintiff,**

  -against-

**329620855 STORE, ET AL.,**

       **Defendants.**

------------------------------------------------------------------- x

**19-cv-5029 (ALC) (KHP)**

**ORDER GRANTING**
**MOTION TO WITHDRAW**

**ANDREW L. CARTER, JR., District Judge:**

  Brieanne Scully, an attorney of record for Plaintiff, moved for leave to withdraw as counsel by letter motion dated July 6, 2021. ECF No. 52. Plaintiff's counsel has provided the Court with a sufficient basis for withdrawal. Ms. Scully is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

**SO ORDERED.**

**Dated:**  **July 9, 2021**
     **New York, New York**

               _____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**